[No. 42798-2-II.   Division Two.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CAMPOS-ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02794-7, Beverly G. Grant, J., entered November 10, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 42892-0-II.   Division Two.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND CLAIR CONNOLLY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01022-8, Barbara D. Johnson, J., entered December 9, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Tollefson, J. Pro Tem.

[No. 42901-2-II.   Division Two.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DOANH QUOC NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02225-1, Frank E. Cuthbertson, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 43094-1-II.   Division Two.   July 23, 2013.]

*In the Matter of the Parentage of* B.J.H.

JAMES HAMILTON, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 11-3-00008-2, Michael J. Sullivan, J., entered January 27, 2012. *Reversed* and *remanded* by unpublished opinion per McCarthy, J. Pro Tem., concurred in by Worswick, C.J., and Johanson, J.